# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0938
LT Case No. 2024-010710-FMCI

———————————————

JENNIFER LEE GOETTE,

   Appellant,

   v.

FRANZ JOSPEH GOETTE,

   Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Stasia Warren, Judge.

Dillon M. Andreassi and Leonard R. Ross, of Ross & Andreassi,
PLLC, Daytona Beach, for Appellant.

Corrine A. Bylund, of Bylund Law, PLLC, Jacksonville Beach, for
Appellee.

May 28, 2026

PER CURIAM.

   AFFIRMED.

HARRIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____